UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| ALan CLUKEY, et al., )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>TOWN OF CAMDEN, )<br>)<br>Defendant )<br>) | No. 2:11-cv-372-GZS |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 15, 2012, his Recommended Decision (Docket No. 7). Plaintiffs filed their Objection to the Recommended Decision (Docket No. 8) on March 1, 2012. Defendant filed its Response to Plaintiffs' Objection to the Recommended Decision (Docket No. 9) on March 7, 2012.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.       It is hereby **ORDERED** that Defendant's Motion to Dismiss (Docket No. 4) is **GRANTED**.

                                           /s/George Z. Singal_____
                                           U.S. District Judge

Dated this 12th day of March, 2012.